A97A2177. MIKELL v. THE STATE.
(514 SE2d 680)

POPE, Presiding Judge.

Samuel Mikell, Jr. was convicted of selling cocaine, distributing cocaine within 1,000 feet of a public housing project, and obstructing a police officer. The court sentenced Mikell to life imprisonment for the sale of cocaine, 40 years in prison for the cocaine distribution within 1,000 feet of a public housing project, and 12 months for the obstruction. Mikell appealed to this Court, and we affirmed the convictions and sentences in *Mikell v. State*, 231 Ga. App. 85 (498 SE2d 531) (1998).

The Supreme Court granted certiorari and reversed our finding that the trial court was required to apply the recidivist provision of OCGA § 17-10-7 (a) and sentence Mikell to the maximum term of 40 years for distributing cocaine within 1,000 feet of a public housing project for this, his second, conviction under OCGA § 16-13-32.5 (b). Instead, the Supreme Court held, the trial court was authorized to exercise discretion under OCGA § 16-13-32.5 (c) (2) and impose a sentence of five to forty years. *Mikell v. State*, 270 Ga. 467 (510 SE2d 523) (1999). Accordingly, our ruling as to the sentence imposed for the conviction of distributing cocaine within 1,000 feet of a public housing project is vacated, and the judgment of the Supreme Court is made the judgment of this Court. The case is remanded to the trial court for a new sentencing hearing.

*Sentence vacated and case remanded for resentencing. Johnson, C. J., and Blackburn, J., concur.*

DECIDED MARCH 16, 1999.

*Wiseman, Blackburn & Futrell, Michael L. Edwards, C. Jackson Burch*, for appellant.

*Spencer Lawton, Jr., District Attorney, Lori E. Loncon, Assistant District Attorney*, for appellee.